# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. D., a minor, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAN MARCOS UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 18cv1948-LAB (WVG)<br><br>**ORDER STRIKING PROPOSED ORDER; AND**<br><br>**ORDER OF DISMISSAL** |

The parties filed a joint motion to dismiss (Docket no. 24), and an unsigned proposed order granting the motion. (Docket no. 25.) Proposed orders are not to be filed in the docket, *see* Electronic Case Filing Procedures Manual, § 2(h), and the proposed order is **ORDERED STRICKEN**. The Clerk is directed to remove it from the docket.

The joint motion to dismiss is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, and the parties shall each bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

1

Although the joint motion recites certain terms of the parties' settlement agreement, the Court does not retain jurisdiction to interpret or enforce the settlement agreement.

**IT IS SO ORDERED**.

Dated: July 26, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge